IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-mj-00179-KJN |
| Plaintiff, | ) **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. | |
| ROBERT PIISPANEN, | |
| Defendant. | |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on September 30, 2015, at 9:00 a.m., to show cause why the probation granted on September 15, 2014, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on September 30, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 14, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE