```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. BENJAMIN NELSON
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  (916) 554-2700
 5
 6
 7
 8                 UNITED STATES DISTRICT COURT
 9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) CASE NO. 2:14-MJ-00179-KJN
                                )
12         Plaintiff,           ) STIPULATION AND ORDER TO VACATE
                                ) PROBATION REVOCATION HEARING AND
13      v.                      ) UNOPPOSED MOTION TO WITHDRAW
                                ) PETITION TO REVOKE
14  ROBERT PIISPANEN,           )
                                )
15         Defendant.           ) DATE:  January 20, 2016
                                ) TIME:  9:00 a.m.
16                              ) JUDGE: Hon. Kendall J. Newman
                                )
17
18      The United States Attorney through its respective counsel, R.
19  Benjamin Nelson, Special Assistant United States Attorney, and Linda
20  Allison, attorney for the defendant, Robert Piispanen, hereby
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

stipulate to vacate the probation revocation hearing scheduled for January 20, 2016, at 9:00 a.m.  The United States further moves to withdraw the petition to revoke, and the defendant is unopposed.

DATED: January 11, 2016			BENJAMIN B. WAGNER
						United States Attorney


						_/s/ R. Benjamin Nelson_____
						R. BENJAMIN NELSON
						Special Assistant U.S. Attorney


DATED: January 11, 2016			_/s/ Linda Allison_____
						LINDA ALLISON
						Chief Assistant Federal Defender
						Counsel for Defendant

It is hereby ordered that the probation revocation hearing scheduled for January 20, 2016, at 9:00 a.m., is vacated.  It is further ordered that the United States' Petition to Revoke is withdrawn.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE